**99–765. State v. Suffecool.**
Stark App. No. 1998CA00101. The discretionary appeal is allowed on Propositions of Law Nos. III, IV, and V.

*Sua sponte,* this cause is to be argued on the same date as 99–286, *State v. Williams,* Lake App. No. 97–L–191.

*Sua sponte,* 99–764, *State v. Worthy,* Portage App. No. 97–P–0059, is to be briefed on Propositions of Law Nos. I through V and is to be argued on the same date as 99–286 and 99–765.

LUNDBERG STRATTON, J., dissents.